**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2108**

ANGUS A. WHITNEY, a/k/a A1 A. Whitney,

          Plaintiff - Appellant,

     v.

UNITED STATES NAVY, Department of the Navy, Commander Navy
Region, Mid-Atlantic; UNITED STATES OF AMERICA,

          Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:09-cv-00201-RAJ-TEM)

Submitted:  December 17, 2009     Decided:  December 23, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Angus A. Whitney, Appellant Pro Se.  Kent Pendleton Porter,
Assistant United States Attorney, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angus Whitney appeals the district court's order granting the Government's motion to dismiss for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Whitney v. United States Navy, No. 2:09-cv-00201-RAJ-TEM (E.D. Va. July 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED